UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 18-56730

DORCELLA PORTIES, *pro se*,  Chapter 7

　　　　Debtor.  Judge Thomas J. Tucker
_____/

**ORDER DISMISSING CASE**

On December 14, 2018, the Debtor filed a voluntary petition for relief under Chapter 7, commencing this bankruptcy case. On December 28, 2018, the Debtor filed a "Certificate of Counseling" (Docket # 16), which states that on December 18, 2018, the Debtor received "an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111."

The Debtor is not eligible to be a debtor in this case under 11 U.S.C. § 109(h)(1). That section provides in relevant part, that:

> an individual may not be a debtor under this title unless such individual has, during the 180-day period ending on the date of filing the petition by such individual, received from an approved nonprofit budget and credit counseling agency described in section 111(a) an individual or group briefing (including a briefing conducted by telephone or on the Internet) that outlined the opportunities for available credit counseling and assisted such individual in performing a related budget analysis.

The Debtor did not receive the required credit counseling briefing *during the 180-day period ending on the date of the filing of the petition*. Rather, the Debtor received the credit counseling briefing four days *after* the petition was filed. Debtor therefore may not be a debtor in this case, and the case must be dismissed.

Accordingly,

IT IS ORDERED that this case is dismissed.

**Signed: January 8, 2019**



/s/ Thomas J. Tucker
**Thomas J. Tucker
United States Bankruptcy Judge**